## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **4:99CR3094** |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **DETENTION ORDER** |
| **vs.** | ) | |
| | ) | **PETITION FOR** |
| **ARNOLD ROBBEN,** | ) | **ACTION ON CONDITIONS** |
| | ) | **OF** |
| **Defendant.** | ) | **SUPERVISED RELEASE** |
| | ) | |

Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order, because:

 X   The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

____ The defendant waived the right to a detention hearing and agreed to detention.

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:
the defendant's conduct exhibits a lack of candor when communicating with his supervising officers, a lack of willingness to comply with the terms of his supervised release, and an escalation of prohibited conduct such that release to any facility at this time, including a BOP halfway house, poses a risk of harm to the public.
_____
_____

**IT HEREBY IS FURTHER ORDERED:**

The defendant is committed to the custody of the Attorney General for confinement in a corrections facility;  the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED:   November 17, 2011          BY THE COURT:


*s/Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge